JOHN G. BISHOP, Appellant, *v.* FREMONT RIDER et al., Respondents.

(Argued December 7, 1932; decided January 10, 1933.)

*John B. Doyle* for appellant.

*Natalie F. Couch* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.